UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Criminal No.:  05-276 (HHK) |
| v. : | |
| : | VIOLATION: |
| MARIA CABRALES, and : | 18 U.S.C. §666(a)(1)(A) |
| ADRIANA SANTAMARIA : | (Obtaining funds by fraud from |
| : | program receiving federal funds); |
| : | 18 U.S.C. § (2) |
| Defendant. : | (Aiding and abetting) |

## SECOND SUPERSEDING INFORMATION

The United States Attorney charges:

### COUNT ONE

### I.  Introduction

1. During all times relevant to this Information, the Department of Microbiology and Immunology ("Department") was a component of the Georgetown University Medical Center ("Georgetown").

2. During all times relevant to this Information, the Department received benefits in excess of $10,000 per year from grant money received by Georgetown from the National Institutes of Health of the Department of Health and Human Services for research in the areas of allergy and infectious diseases, dental and craniofacial diseases, cancer, stroke, and other neurological disorders.

### II.  Fraud

Starting in or about 1995 and continuing through October 31, 2001, in the District of Columbia, the defendant ADRIANA SANTAMARIA, who was an agent of the Department and who

was aided and abetted by defendant MARIA CABRALES, obtained by fraud property worth at least $5,000 that was owned by and under the care, custody and control of the Department, that is, money in excess of $350,000.

(<u>Obtaining Funds by Fraud from Program Receiving Federal Funds</u> and <u>Aiding and Abetting</u>, in violation of Title 18, United States Code, Sections 666(a)(1)(A) and 2).

                                              KENNETH L. WAINSTEIN
                                              United States Attorney
                                              D.C. Bar # 451058

By: _____
       Thomas E. Zeno
       Assistant United States Attorney
       United States Attorney's Office
       555 4th Street, N.W., Room 5243
       Washington, D.C.  20530
       (202) 514-6957