## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

_____

|  |  |  |
|---|---|---|
| *UNITED STATES OF AMERICA.,* | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | **Case No.  05-276 (HHK)** |
| | ) | |
| *MARIA CABRALES,* | ) | |
| **Defendant.** | ) | |
_____  )

### ENTRY OF APPEARANCE

PLEASE TAKE NOTICE that Danny C. Onorato, and the law firm of  Schertler & Onorato hereby enter their appearance on behalf of Defendant, Maria Cabrales.

Respectfully submitted,

Schertler & Onorato

Dated:  August 24, 2005

Danny C. Onorato
No. 480043
1140 Connecticut Avenue, NW Suite 1140
Washington, DC  20036
phone (202) 628-4199
fax (202) 628-4177