AO 455 (Rev. 5/85) Waiver of Indictment

# United States District Court

_____ DISTRICT OF _____

UNITED STATES OF AMERICA
V.
*Maria Cabrales*

WAIVER OF INDICTMENT

CASE NUMBER: 05-276-01

I, *Maria Cabrales*, the above named defendant, who is accused of

18 USC 666 (a)(1)(A)
18 USC 2

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on ____8-24-05____ prosecution by indictment and consent that the
                                        Date
proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before _____
         Judicial Officer