U.S. Department of Justice
U.S. Attorneys

# United States District Court
## for the District of Columbia

UNITED STATES OF AMERICA     :

v.     :

MARIA CABRALES,     :     Case No. 05-276 (HHK)

Defendant.     :

## ORDER

1. Upon a representation by the United States that the defendant has never been the subject of "routine processing" (booking, fingerprinting, photographing) in this case;

2. It is this __24th__ day of __August, 2005__ ORDERED:

3. That if the defendant is released on bond that he or she be accompanied on __a date convenient to the parties__ by __Special Agent Anthony Saler__ to the Central Cell Block of the Metropolitan Police Department, to the United States Marshal's Office and to __United States Secret Service__ for "routine processing," and that this be a condition of being released on bond;

4. That if the defendant is not released on bond, the United States Marshal shall release the defendant to the custody of __Special Agent Anthony Saler__ for the purpose of "routine processing," and at the conclusion thereof to return the defendant to the custody of the Marshal.



Judge (XXXXXXXXXXXXXXXXXXXXXX) Henry H. Kennedy



DOJ USA-16-1-80