UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Criminal No.:  05-276 (HHK) |
| v. : | |
| : | |
| MARIA CABRALES, and : | |
| ADRIANA SANTAMARIA : | |
| : | |
| : | |
| Defendants. : | |

### GOVERNMENT'S SENTENCING MEMORANDUM

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully submits this memorandum in aid of sentencing.

The Statement of the Offense thoroughly describes the extensive fraud conducted by Santamaria and Cabrales against the Georgetown Medical Center. Starting in 1998 Santamaria used her knowledge of the accounting procedures at the Department of Microbiology and Immunology to steal money in a variety of ways.  Santamaria submitted false invoices claiming that her relatives were experts entitled to honoraria for speeches given as scientific experts and that her relatives were entitled to be paid for work as casual (occasional) laborers.  Checks totaling more than $350,000 were sent to Cabrales who deposited them and split the money with Santamaria.[1]

---

[1] The government maintains that Cabrales' relevant conduct includes the approximately $35,000 she embezzled while treasurer for the charity, Adopt-A-Family Club, established by her coworkers at the National Rural Utilities Cooperative Financial Corporation because it is part of the same course of conduct or common scheme or plan as the offense of conviction.  See U.S.S.G. § 1B1.3(a)(2) and commentary note 9.  This conduct underlies the arrest mentioned in paragraph 31 of the Pre-Sentence Report.  The government does not need to pursue the matter, however, because this additional relevant conduct does not affect the applicable guideline range.

Not content with this amount of fraud, Santamaria obtained additional money for herself by submitting vouchers for personal reimbursement to which she was not entitled; by submitting vouchers payable to third-parties for goods purchased for herself; and by charging personal purchases on the Department's credit card. Santamaria caused a total loss to the Department in excess of $500,000.

In mitigation of their offenses, Santamaria and Cabrales pleaded guilty promptly and agreed to make significant payments toward restitution.

Under the circumstances, the sentences agreed upon pursuant to Rule 11(c)(1)(C) for Santamaria and Cabrales are fair and just because the agreed sentences of incarceration fall within the guideline ranges for Santamaria of 18 to 24 months and for Cabrales of 15 to 21 months. Accordingly, the Court should accept the pleas and sentence Santamaria to 20 months incarceration and Cabrales to 15 months incarceration.

The plea agreement leaves it to the Court to determine the amount of restitution for each defendant. The government submits that the restitution amount for Santamaria is $603,196.33. This amount is lower than the amount stated in paragraph 88 of the Pre-Sentence Report because of negotiations between counsel for Santamaria and counsel for Georgetown. At this time the only amount in dispute between the government and Santamaria is $19,700 related to the third-party vendor scheme. If Santamaria continues to dispute the $19,700, the government will call Special Agent Anthony Saler to testify at the sentencing hearing in support of the amount. Santamaria should be jointly and severally liable with Cabrales for $377,750 of restitution.

The government submits the restitution amount for Cabrales is $377,750. The government understands that Cabrales does not dispute about that amount. Cabrales should be jointly and severally liable with Santamaria for $377,750 of restitution.

KENNETH L. WAINSTEIN
United States Attorney
D.C. Bar # 451058

_____
Thomas E. Zeno
Assistant United States Attorney
United States Attorney's Office
555 4th Street, N.W., Room 5243
Washington, D.C. 20530
(202) 514-6957


_____
Jeannie Rhee
Assistant United States Attorney
United States Attorney's Office
555 4th Street, N.W., Room 5255
Washington, D.C. 20530
(202) 514-9832

**CERTIFICATE OF SERVICE**

I HEREBY certify that a copy of the foregoing Sentencing Memorandum was served via electronic filing on this 23rd day of November 2005 to:

John P. Pierce, Esq.
Law Offices of John P. Pierce, LLP
Suite 500
4641 Montgomery Avenue
Bethesda, MD 20814

And

Danny Onorato, Esq.
Schertler & Onorato, LLP
Suite 1140
1140 Connecticut Avenue, N.W.
Washington, D.C. 20036

_____
THOMAS E. ZENO
Assistant United States Attorney