IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| v. | ) | Criminal Case No. 05-276-01 |
| MARIA CABRALES, | ) | |
| Defendant. | ) | |

## MEMORANDUM IN AID OF SENTENCING

Defendant Maria Cabrales, by and through undersigned counsel, respectfully submits this memorandum in aid of sentencing. For the reasons that follow, we respectfully request that the Court adopt the terms of the plea agreement between the parties in this matter. As grounds for this request, Ms. Cabrales states as follows:

A. Introduction

Maria Cabrales comes before the Court for sentencing having entered a guilty plea to obtaining funds by fraud from programs receiving federal funds. Pursuant to the terms of her plea agreement, she has agreed to serve a sentence of 15 months and to pay restitution of $50,000 in partial restitution today.

Ms. Cabrales is ashamed and distraught about her conduct in this case. It has impacted her entire family. She asks the Court to sentence her according to the terms of the plea agreement so she can begin the long process of rebuilding her life.

B. Background of Ms. Cabrales

Maria Cabrales was born to hard working parents in Ecuador who moved to the Untied States when she was 6-years-old. She was raised in the Washington, D.C. area. She graduated

from St. Patrick's Academy in 1979 and worked for 24 years at the National Rural Utilities Cooperative, before losing that job last year.

Ms. Cabrales has two children surviving children.  Her oldest son, Rudy, is currently serving in the United States Navy.  She has a 14-year-old son that she cares for.  This case has had a deep and devastating impact on her youngest son, who will spend a portion of his high school tenure without his mother in the home.

Ms. Cabrales lost a daughter to heart failure as an infant.  Since that time, Ms. Cabrales has had inconsolable grief and has been deeply depressed.

Ms. Cabrales has no prior criminal record and was raised by a good family.  This matter has been very difficult for Ms. Cabrales and her family to endure.  She takes full responsibility for her actions and realizes that she must be punished for her conduct.

C.  <u>Sentencing Guidelines</u>

Pursuant to Fed. R. Crim. Pro. 11(c)(1)(c), Ms. Cabrales has agreed to serve a term of incarceration of 15 months and make restitution.  Her advisory guidelines sentence is 15-21 months.

Ms. Cabrales has liquidated a retirement, incurring much tax liability from the government, in order to raise $50,000 needed to pay as restitution on or before today's hearing.

We respectfully submit that by imposing the sentence agreed upon by the parties that Maria Cabrales will be severely and immeasurably punished for her actions in this case.  Prior to her arrest in this case, she had no experience with the criminal justice system.

A sentence of 15 months is consistent with the factors enumerated in 18 U.S.C. §3553(a).  This sentence will adequately contemplates Ms. Cabrales' background, serves to promote respect for the law, provides for general and specific deterrence to Ms. Cabrales and the community at

large, and is similar to what other defendants in similar circumstances would receive as punishment.

Accordingly, we respectfully ask that the Court adopt the government's position in this case and sentence Ms. Cabrales to 15 months of incarceration, pursuant to the terms of her plea agreement.

WHEREFORE, Ms. Cabrales respectfully requests that the Court grant the above requested relief.

        Respectfully submitted,

        /s/
        DANNY C. ONORATO
        Bar No. 480 043
        Schertler & Onorato, LLP
        1140 Connecticut Avenue, N.W.
        Suite 1140
        Washington, D.C.  20036
        Telephone:  (202) 628-4199
        Facsimile:   (202) 628-4177
        Counsel for Defendant

Date:  January 20, 2006