HONORABLE Henry H. Kennedy, Jr.
U.S. District Judge

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ORDER TO SURRENDER

**FILED**

MAR 2 4 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA

vs.

Maria Cabrales

Criminal Case No.___CR 05-276-01

TO:    DIRECTOR, FEDERAL BUREAU OF PRISONS

It is hereby **ORDERED** that **Maria Cabrales** having been sentenced, on January 20,

2006, in the above case to the custody of the Bureau of Prisons, surrender himself to the Bureau

of Prisons by reporting to _FPC Alderson_, in _Alderson, WV_

by 2 p.m., on _April 3, 2006_.

_3/24/06_
**Date**

_Henry Kennedy_
Henry H. Kennedy, Jr., U.S. District Judge

**ACKNOWLEDGMENT:** I agree to report as directed in this Order and understand that if I fail to do so, I may be cited for Contempt of Court, and if convicted of this offense, may be punished by imprisonment or fine, or both.

ATTORNEY/U.S. PROBATION OFFICER

DEFENDANT

Revised 10-95



**HONORABLE Henry H. Kennedy, Jr.**
**U.S. District Judge**

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**ORDER TO SURRENDER**

# FILED

**UNITED STATES OF AMERICA**

MAR 2 4 2006

vs.

NANCY MAYER WHITTINGTON, **CLERK**
U.S. DISTRICT COURT

**Maria Cabrales**

**Criminal Case No.  CR 05-276-01**

**TO:   DIRECTOR, FEDERAL BUREAU OF PRISONS**

It is hereby **ORDERED** that **Maria Cabrales** having been sentenced, on January 20,

2006, in the above case to the custody of the Bureau of Prisons, surrender himself to the Bureau

of Prisons by reporting to  FPC Alderson  , in  Alderson, WV

by 2 p.m., on  April 3, 2006  .

3/24/06
**Date**

**Henry H. Kennedy, Jr., U.S. District Judge**

**ACKNOWLEDGMENT:** I agree to report as directed in this Order and understand that if I fail to do so, I may be cited for Contempt of Court, and if convicted of this offense, may be punished by imprisonment or fine, or both.

**ATTORNEY/U.S. PROBATION OFFICER**

**DEFENDANT**

Revised 10-95

