UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Criminal No.:  05-276 (HHK) |
| v. : | |
| : | |
| MARIA CABRALES, and : | |
| ADRIANA SANTAMARIA : | |
| : | |
| : | |
| Defendants. : | |

### GOVERNMENT'S NOTICE OF PAYMENT OF RESTITUTION

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully submits this notice of payment of restitution.

On January 20, 2006, this matter came before the Court for sentencing. At that time the defendants were to satisfy the terms of their plea agreements by submitting restitution payments to Georgetown University in the amount of $25,000 for defendant Santamaria and $50,000 for defendant Cabrales.

The undersigned Assistant was present in the courtroom for the sentencing. At that time, counsel for each defendant provided the undersigned Assistant with a certified check in the amount indicated above for each defendant. Copies of the certified checks are attached to this notice. The undersigned Assistant gave the two checks to the representative of Georgetown University who attended the sentencing.

The undersigned Assistant is filing this notice in order to resolve some confusion that has developed about whether defendants Santamaria and Cabrales paid restitution as required by their plea agreements.

        Respectfully submitted,

        Kenneth L. Wainstein
        United States Attorney
        D.C. Bar # 451058

        _____
        Thomas E. Zeno
        Assistant United States Attorney
        D.C. Bar No. 348623
        United States Attorney's Office
        555 4th Street, N.W., Room 5243
        Washington, D.C.  20530
        (202) 514-6957

## CERTIFICATE OF SERVICE

I HEREBY certify that a copy of the foregoing Notice was served via electronic filing on this 16th day of May 2006 to:

    John P. Pierce, Esq., Law Offices of John P. Pierce, LLP, Suite 500, 4641 Montgomery Avenue, Bethesda, MD 20814; and

    Danny Onorato, Esq., Schertler & Onorato, LLP, Suite 1140, 1140 Connecticut Avenue, N.W. Washington, D.C. 20036

        _____
        THOMAS E. ZENO
        Assistant United States Attorney