Bank of America.

Cashier's Check

No. 2934753

Date JANUARY 20, 2006

Banking Center: NEWGATE

1011534  00002  002934753

MARIA A. CABRALES
Remitter (Purchased By)

Pay **FIFTY THOUSAND DOLLARS AND 00 CENTS**       **50000.00**
To The
Order Of   **GEORGETOWN UNIVERSITY**
           ****

Bank of America, N.A.
San Antonio, Texas

Authorized Signature

⑆2934753⑆ ⑈111000019⑈ 001541001536⑈

THIS ORIGINAL DOCUMENT HAS REFLECTIVE WATERMARK ON THE BACK

---

SunTrust                Official Check                        0328022012
                        VOID OVER  25,000.00                  87-275/843
4430325 UVJC69                                    JANUARY 20, 2006

                                                  $25,000.00

TWENTY FIVE THOUSAND DOLLARS AND 00 CENTS

Pay To The
Order Of   GEORGETOWN UNIVERSITY

                              SunTrust Banks Inc. by its Authorized Agent SunTrust Bank

Purchaser  ADRIANA SANTAMARIA

Memo
Payable At SunTrust Bank
                                         Authorized Signature

⑆0328022012⑆ ⑈061100790⑈ 7019019996⑈

TOTAL P.02