IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Criminal Case No. 05-276-01 |
| ) | |
| MARIA CABRALES, ) | |
| ) | |
| Defendant. ) | |

UNOPPOSED MOTION FOR MODIFICATION OF RESTITUTION ORDER

Defendant Maria Cabrales, by and through undersigned counsel, respectfully submits this motion for modification of its restitution order in the above-captioned case. As grounds for this request, Ms. Cabrales states as follows:

As part of her sentence in this case, Ms. Cabrales was ordered to pay restitution of $377,750 to Georgetown University. On the day of sentencing, Ms. Cabrales paid $50,000 to Georgetown University, reducing the amount owed to $322,750. The Court required her to make restitution payments while incarcerated. The money was to be taken from her prison wage earnings.

To date, correction officials at the Bureau of Prisons facility in Alderson, West Virginia have been reading the Court's restitution order more broadly and have been taking funds from Ms. Cabrales' account in amounts that exceed her prison wage earnings. As a result, money that is sent to Ms. Cabrales by her family members is being taken to pay restitution. Ms. Cabrales' family members have been making modest monthly contributions to her prison account so that she can pay for toiletries and other necessities. As such, she is having a difficult time purchasing hygiene products, making telephone calls to counsel, and obtaining stamps to write letters.

We respectfully request that the Court modify its restitution order to reflect that the Bureau of Prisons should only taken monies earned by Ms. Cabrales' prison wages to be used to pay her restitution order. Assistant Untied States Attorney Thomas Zeno has no opposition to the request.

WHEREFORE, Ms. Cabrales respectfully request that the Court grant the above requested relief.

                                            Respectfully submitted,

                                            _____/s/_____
                                            DANNY C. ONORATO
                                            Bar No. 480 043
                                            Schertler & Onorato, LLP
                                            601 Pennsylvania Avenue, NW
                                            North Building
                                            9th Floor
                                            Washington, D.C.  20004
                                            Telephone:  (202) 628-4199
                                            Facsimile:   (202) 628-4177
                                            *Counsel for Defendant*

Date:  September 14, 2006