IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) </br> ) </br> ) |
| v. | )    Criminal Case No. 05-276-01 </br> ) |
| MARIA CABRALES, | ) </br> ) |
| Defendant. | ) </br> ) |

### ORDER

Upon consideration of the Motion to Modify the Restitution Order, it is hereby **ORDERED** that said Motion is **GRANTED**.

It is further **ORDERED** that the Ms. Cabrales' restitution obligations in this matter are hereby modified and Ms. Cabrales' restitution payments in this matter shall be limited to the amount that she earns from prison wages while incarcerated.

**SO ORDERED.**

_____        _____
Date                                           Henry H. Kennedy
                                                              Judge, United States District Court
                                                              For the District of Columbia