UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MARIA CABRALES,<br><br>Defendant. | Criminal 05-0276-01 (HHK)<br><br>**FILED**<br>SEP 1 4 2006<br>NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT |

ORDER

Upon consideration of defendant's motion to modify this court's restitution order and the record of this case, it is this 14th day of September, 2006, hereby

**ORDERED** that said motion is **GRANTED**; and it is further

**ORDERED** that the Ms. Cabrales' restitution obligations in this matter are hereby modified and Ms. Cabrales' restitution payments, while she is incarcerated, shall be limited to the amount that she earns from prison wages.

Henry H. Kennedy, Jr.
United States District Judge